The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Stephen Moncrief*
   *v. Adam J. Deno, d/b/a Law Office of Adam Deno*
   Record No. 0342-22-2
   Opinion rendered by Judge Raphael on
   January 24, 2023

2. *Daniel Rock*
   *v. Commonwealth of Virginia*
   Record No. 0343-22-3
   Opinion rendered by Judge Huff on
   January 24, 2023

3. *Karey Burkholder and Douglas Thompson, Jr.*
   *v. Palisades Park Owners Association, Inc.*
   Record No. 0187-22-4
   Opinion rendered by Judge Raphael on
   February 7, 2023

4. *Michael A. Dobson*
   *v. Commonwealth of Virginia*
   Record No. 0302-22-2
   Opinion rendered by Judge Raphael on
   February 7, 2023

5. *Audrey Hubbard*
   *v. Commonwealth of Virginia*
   Record No. 0565-22-4
   Opinion rendered by Judge Athey on
   February 7, 2023

6. *Osman Osman*
   v. *Commonwealth of Virginia*
   Record No. 1416-21-4
   Panel rehearing opinion rendered by Judge Huff on
   February 14, 2023

7. *Theodore Theologis*
   v. *Mark Weiler, Patricia James, Daria Collins, Khai Wisler and Janis Baldwin*
   Record No. 0133-22-4
   Opinion rendered by Judge Raphael on
   February 14, 2023

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Kimberly Paul Barney*
    v. *Commonwealth of Virginia*
   Record No. 1057-20-1
    Opinion rendered by Judge Huff
      on November 3, 2021
   Judgment of Court of Appeals reversed and final judgment entered reinstating
      conviction by opinion rendered on March 16, 2022 (211126)

2. *Michael B. Yourko*
    v. *Lee Ann B. Yourko*
   Record No. 0363-21-1
    Opinion rendered by Judge Friedman
      on December 21, 2021
   Judgment of Court of Appeals reversed and trial court's decision dismissing
      appellant's motion to amend final decree reinstated by opinion rendered
      on March 30, 2023 (220039)